IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GUY M. DOMAI,<br><br>                Plaintiff,<br>v.<br><br>LISA LEPIRE,<br>                Defendant. | **MEMORANDUM DECISION AND ORDER ACCEPTING [5] REPORT AND RECOMMENDATION TO DISMISS COMPLAINT**<br><br>Case No. 2:17-cv-00461-DN-BCW<br><br>District Judge David Nuffer |

Plaintiff Guy M. Domai ("Plaintiff") sued defendant Lisa Lepire ("Defendant") in her capacity as Human Resources Manager at American Express Travel Services (the "Complaint").[1] Plaintiff, proceeding *pro se*, was allowed to proceed *in forma pauperis*.[2] On May 31, 2017, this action was referred to Magistrate Judge Brooke Wells by District Judge David Nuffer pursuant to 28 U.S.C. § 636(b)(1)(B).[3] The Report and Recommendation issued by Judge Wells on June 28, 2017,[4] recommended *sua sponte* that the Complaint be dismissed.

The parties were notified of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b).[5] The Report and Recommendation notified the parties that any objection to the Report and Recommendation was required to be filed within 14 days of receiving it.[6] As of the date of this Memorandum Decision

---

[1] Complaint, docket no. 3, filed May 26, 2017.

[2] Order Granting Motion for Leave to Proceed Without Prepayment of Fees, docket no. 2, filed May 26, 2017.

[3] Docket Text Order Referring Case, docket no. 4, filed May 31, 2017.

[4] Docket no. 5.

[5] Report and Recommendation at 4, docket no. 5.

[6] *Id.*

and Order, there are no objections to the Report and Recommendation. The Report and Recommendation mailed to Plaintiffs was returned to the court on July 14, 2017 as undeliverable.[7] Plaintiff has a duty to keep contact information with the court current.[8] The time for objecting has passed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b)(3), *de novo* review of all materials—including the Complaint, the record that was before the magistrate judge, and the reasoning set forth in the Report and Recommendation—has been completed. Under the federal *in forma pauperis* statute, the court shall, at any time, *sua sponte* dismiss a case if the court determines a complaint is frivolous, malicious, or fails to state a claim upon which relief can be granted.[9] Judge Wells reviewed the Complaint under this statute and found that the Complaint is futile because it is barred by the applicable statute of limitations.[10] Based on this analysis and conclusion, the Report and Recommendation is accepted.

## ORDER

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation[11] is ACCEPTED.

IT IS FURTHER ORDERED that this action is DISMISSED.

---

[7] Docket no. 6.

[8] *Hastings v. Sevison*, No. 2:08CV235DAK, 2009 WL 790010, at *1 (D. Utah Mar. 24, 2009).

[9] 28 U.S.C. § 1915(e)(2)(B)(i-ii).

[10] Report and Recommendation at 3, docket no. 5.

[11] *Id.*

The Clerk is directed to close the case.

Dated August 4, 2017.

BY THE COURT:

_____
David Nuffer
United States District Judge